# EXHIBIT A



ONE TOWN HALL PLAZA  VALHALLA, N.Y. 10595
JUSTICE COURT

7011 1570 0003 6843 0767

neopost
10/30/2015
US POSTAGE $06.48

ZIP 10595
041L11246270

5630308205D

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

# Mount Pleasant Town Court
## One Town Hall Plaza
## Valhalla, NY 10595

Robert J. Ponzini  
Town Justice

Phone: (914) 742-2324  
Fax: (914)-769-3523

September 15, 2015

PRM-Fingerhut/Webban  
6250 Ridgewood Rd  
Saint Cloud, MN 56303-0820

RECEIVED NOV 0 2 2015

**Next Date: 12/08/2015     Time: 02:00PM**

Take notice that   , PLAINTIFF asks judgment in this Court against you, together with costs, for the following claim:

On my credit report illegal.  Seeking to recover $3,000.00.

In agreement the Plaintiff hereby signs and demands judgment:

_Raymond Raefski_  
Plaintiff signature, address        Raymond Raefski  
                                    181 Marietta Ave  
                                    Hawthorne, NY 10532

You are hereby ordered to appear in this Court on the date and time shown above to present your side of this case.  If you plan to be represented by an attorney he/she should accompany you and be prepared to proceed at that time.  You should bring any relevant documents (receipts, contracts, etc.) with you. If you plan to call witnesses you may request that the Court Clerk issue subpoenas.

If you fail to appear a judgment may be awarded to the plaintiff.  If you desire a trial by jury, contact the Court Clerk for information regarding court costs, and increased damage awards.
If you admit the claim, but desire time to pay, you must appear on the date set for hearing and state to the Court your reasons for desiring time to pay.

A Guide To Small Claims Court Is Available At The Court Listed Above.

Jo Ann M. Salvatore

Court Clerk

# Mount Pleasant Town Court
## One Town Hall Plaza
## Valhalla, NY 10595

Robert J. Ponzini
Town Justice

Phone: (914) 742-2324
Fax: (914)-769-3523

September 15, 2015

PRM-Fingerhut/Webban
6250 Ridgewood Rd
Saint Cloud, MN 56303-0820

RECEIVED NOV 0 2 2015

**Next Date: 12/08/2015     Time: 02:00PM**

Take notice that    , PLAINTIFF asks judgment in this Court against you, together with costs, for the following claim:

On my credit report illegal. Seeking to recover $3,000.00.

In agreement the Plaintiff hereby signs and demands judgment:

_Raymond Raefski_ (signature)

Plaintiff signature, address

Raymond Raefski
181 Marietta Ave
Hawthorne, NY 10532

You are hereby ordered to appear in this Court on the date and time shown above to present your side of this case. If you plan to be represented by an attorney he/she should accompany you and be prepared to proceed at that time. You should bring any relevant documents (receipts, contracts, etc.) with you. If you plan to call witnesses you may request that the Court Clerk issue subpoenas.

If you fail to appear a judgment may be awarded to the plaintiff. If you desire a trial by jury, contact the Court Clerk for information regarding court costs, and increased damage awards.
If you admit the claim, but desire time to pay, you must appear on the date set for hearing and state to the Court
your reasons for desiring time to pay.

A Guide To Small Claims Court Is Available At The Court Listed Above.

Jo Ann M. Salvatore

Court Clerk